IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| **ROBERT MARBERGER** | ) | **C.A. NO. 3:22-cv-02375-MGL** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S AMENDED** |
| | ) | **EXPERT WITNESS** |
| | ) | **DISCLOSURE** |
| **JEREMY R. NIVENS and** | ) | |
| **DZYK TRANSPORTATION** | ) | |
| **SERVICES, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

  **COMES NOW**, the Plaintiff, by and through his undersigned attorneys, who, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, hereby disclose the following expert witness for use at the Trial of this case:

  **Southeastern Life Care Planning, LLC**
  P.O. Box 395
  Pauline, SC 29374

  **Carter Chapman, P.E.**
  **Southeast Forensic Consultants, LLC**
  5349 Capital Circle NW
  Tallahassee, FL 32303

Reports containing the information required to be provided by Rule 26(a)(2)(B) was served upon Defendants' counsel this date.

Plaintiff reserves the right to amend and/or supplement this list.

Respectfully submitted,

**MORGAN & MORGAN**

*s/Lauren H. Carroway*
1544 Fording Island Road, Suite A
Hilton Head, South Carolina 29926
(845) 222-6075
Fed. ID No. 13693
**ATTORNEY FOR THE PLAINTIFF**

Hilton Head, South Carolina
October 22, 2024