IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| **ROBERT MARBERGER** | ) | **C.A. NO. 3:22-cv-02375-MGL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S LOCAL RULE 26.01** |
| | ) | **ANSWERS TO INTERROGATORIES** |
| | ) | |
| **JEREMY R. NIVENS and** | ) | |
| **DZYK TRANSPORTATION** | ) | |
| **SERVICES, LLC** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Plaintiff, Robert Marberger, by and through his attorney, makes the following answers to Court ordered Interrogatories:

(A)    State the full names, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:    At the time of responding to the Rule 26.01 Interrogatories, there was no subrogation interest by any person or legal entity.**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:    Plaintiff is entitled to have all of his claims tried by a jury.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:   Plaintiff is not a publicly-owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See Local Civil Rule 3.01 (D.S.C.)*

**ANSWER:  Plaintiffs' injuries occurred in Sumter County which is in the Columbia Division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that may be related regardless of whether they are still pending  Whether cases are related such that they should be assigned to a single just will be determined by the clerk of court based on determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:  This action is not related to any other action currently pending or otherwise before the United States District Court.**

(F)  [Defendants only.]  If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:  Not applicable.**

(G)  [Defendants only.]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis for liability.

**ANSWER:  Not applicable.**

(H)  Parties or Intervenors in a Diversity Case.  In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the court's jurisdiction under 211332(a).

**ANSWER:  The Plaintiff is a resident and citizen of the State of Pennsylvania, United States.**

    MORGAN & MORGAN

    *s/Lauren H. Carroway*
    Lauren H. Carroway (FED ID No.: 13693)
    1544 Fording Island Road, Suite A
    Hilton Head, South Carolina 29926
    lcarroway@forthepeople.com
    (854) 222-6075
    (854) 222-6101
    Attorney for Plaintiff

Hilton Head, South Carolina
October 23, 2024