3:22-cv-02375-MGL    Date Filed 03/14/25    Entry Number 78-1    Page 1 of 5
Exhibit A
Robert F. Marberger
Marberger, Robert Vs. Nivens, Jeremy, et al.
November 30, 2022

Page 1

1  IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF SOUTH CAROLINA
2           COLUMBIA DIVISION
3
4
   ROBERT MARBERGER,
5
           Plaintiff,
6
      vs.          CIVIL ACTION NO. 3:22-02375-TLW
7
   JEREMY R. NIVENS, JAMES MILLER AND
8  COWAN EQUIPMENT LEASING,
9          Defendants.
10
11 DEPOSITION OF:    ROBERT F. MARBERGER
                    (APPEARING VIA VIRTUAL ZOOM)
12
   DATE:            November 30, 2022
13
   TIME:            10:52 AM
14
   LOCATION OF
15 THE DEPONENT:    318 North Sandy Hill Road
                    Coatesville, PA
16
   TAKEN BY:        Counsel for the Defendants
17
   REPORTED BY:     TERRI L. BRUSSEAU
18                  (APPEARING VIA VIRTUAL ZOOM)
19
20
21
22
23
24
25

3:22-cv-02375-MGL     Date Filed 03/14/25     Entry Number 78-1     Page 2 of 5
Exhibit A
Robert F. Marberger
Marberger, Robert Vs. Nivens, Jeremy, et al.
November 30, 2022

Page 17

1      Q.   Okay.
2      A.   That was shortly after I was out of the
3  Navy.  I couldn't tell you exactly how long.
4      Q.   Okay.  What do you do for work now?
5      A.   I haven't been working since the
6  accident.
7      Q.   Okay.  What were you doing for work at
8  the time of the accident?
9      A.   We had a produce market at our house.
10  And it was shut down by COVID, so at the time of
11  the accident we had -- they had just let us open
12  again.
13      Q.   Okay.  So you own a produce market and
14  it was operating out of your Dove Drive address?
15      A.   Yes.
16      Q.   Okay.  Do you grow the produce or is
17  the produce brought to you to sell?
18      A.   Some of it we grow and some of it I
19  bought at the auctions.
20      Q.   Okay.  What types of produce were you
21  selling?
22      A.   Vegetables.
23      Q.   Just any --
24      A.   Yes, depending what time of year it
25  was, had different vegetables.

3:22-cv-02375-MGL   Date Filed 03/14/25   Entry Number 78-1   Page 3 of 5
Exhibit A

Robert F. Marberger
Marberger, Robert Vs. Nivens, Jeremy, et al.
November 30, 2022

Page 63

1    unit.
2         Q.   Do you remember how long you were in
3    the first hospital?
4         A.   I don't remember, but I was -- I was at
5    McLeod Regional Trauma Center later that same day,
6    so...
7         Q.   Okay.  How long did you stay at McLeod?
8         A.   Fifteen days.
9         Q.   What all did they do to you while you
10   were at McLeod for 15 days?
11        A.   Well, first couple days I'm not really
12   sure.  I know that I -- I started to lose -- I was
13   having hallucinations of people attacking my child,
14   so they put me in a coma.
15        Q.   Okay.  So for the first few days at
16   McLeod, you were kind of in and out?
17        A.   Yes.  For the first week.
18        Q.   Did they do any surgeries on you while
19   you were at McLeod?
20        A.   I don't know for sure.  I know they
21   gave me a blood transfusion and gave me
22   Hepatitis B.
23        Q.   Do you believe that you contracted
24   Hepatitis B from a blood transfusion?
25        A.   Yes.  It's the only blood transfusion I

3:22-cv-02375-MGL     Date Filed 03/14/25     Entry Number 78-1     Page 4 of 5
Exhibit A
Robert F. Marberger
Marberger, Robert Vs. Nivens, Jeremy, et al.
November 30, 2022

Page 64

1  ever had.
2       Q.   Now, forgive my ignorance.  Is
3  Hepatitis B one of the ones that's curable and goes
4  away after awhile?
5       A.   No.
6       Q.   So you believe that's a permanent
7  disease?
8       A.   Yes.  The doctors told me.  I have to
9  take a pill every day for the rest of my life.
10      Q.   Did the hospital say sorry to you for
11 that?
12      A.   I -- I haven't talked to any of them.
13      Q.   Okay.  So after 15 days at McLeod, were
14 you discharged to home or were you discharged to a
15 facility in Pennsylvania?
16      A.   To home.
17      Q.   Okay.  Who took you back home?
18      A.   My friend Skip drove down there and
19 picked us up, picked me and Captain up and brought
20 us back to 213 Dove Drive.
21      Q.   And from the time you got home, about
22 how long was it before you got back in to see a
23 doctor?
24      A.   The next day.
25      Q.   At the Penn Medicine system?

3:22-cv-02375-MGL     Date Filed 03/14/25     Entry Number 78-1     Page 5 of 5
Exhibit A

Robert F. Marberger
Marberger, Robert Vs. Nivens, Jeremy, et al.
November 30, 2022

Page 68

1    Q.  So you don't know --
2    A.  I don't know what they did.
3    Q.  Do you remember telling anybody what
4    had happened at the hospital or in the ambulance?
5    A.  No.
6    Q.  Okay.  Have you ever had a seizure --
7    A.  I'm sorry.  When I got in the
8    ambulance, they shot me up with something.  I
9    didn't even know where I was.
10   Q.  Have you had a seizure at any point
11   after this collision?
12   A.  No, except for in the hospital.
13   Q.  But no seizure since you got out of the
14   hospital?
15   A.  No.  They had me on an antiseizure
16   pill, Keppra.
17   Q.  How many prescription medications do
18   you currently take per day?
19   A.  Four.
20   Q.  What are they?
21   A.  Entecavir is for the Hepatitis B,
22   Keppra for the seizures, and the Jakafi and
23   Hydroxyurea for the brain.
24   Q.  Say those last two.
25   A.  Jakafi.