# Christopher Madison Watson, MD FACS
## "Chris"



## WORK HISTORY

Palmetto Health Surgical Specialists
    General Surgery, Trauma, and Surgical Critical Care
    Columbia, South Carolina
    August 2009 to present

WJBD VA Medical Center
    Columbia, South Carolina
    June 2007 to June 2008
    Chief of Surgery: J.J. Brown, M.D.

Locums Trauma Surgeon
    Palmetto Health Trauma Service
    July 2007 to August 2009

## ACADEMIC APPOINTMENTS

Associate Professor of Clinical Surgery, University of South Caroliona School of Medicine: 2015 to present

Assistant Professor of Clinical Surgery, University of South Carolina School of Medicine 2010 to 2015

## EDUCATION AND TRAINING

Fellowship    Surgical Critical Care
                University of Virginia Health Systems
                Charlottesville, Virginia
                July 1, 2008 to June 30, 2009

|  |  |
|---|---|
|  | Director: Robert Sawyer, M.D. |
| Residency | General Surgery<br>Palmetto Health Richland<br>University of South Carolina School of Medicine<br>Columbia, South Carolina<br>　　2001 to 2007<br>Chairman: Richard Bell, M.D. |
|  | Research Fellow<br>University of South Carolina School of Medicine<br>Department of Surgery, 2004-2005.<br>Supervisors: Richard M. Bell, M.D., Michael Yost, PhD |
| M.D. | Mercer University School of Medicine<br>Macon, Georgia<br>　　M.D., 2001 |
| B.S. | Kennesaw State University<br>Marietta, Georgia<br>Magna cum Laude<br>Bachelors of Science: Biology & Chemistry, 1997 |

## POSITIONS & COMMITTEES

Prisma Robotics Committee
    2024 - Present
Surgical Quality Officer, Prisma Health Enterprise
    2023 - Present
Chair, Prisma Enterprise Surgical Clinical Specialty Council
    2023 - Present
Chief, Division of Acute Care Surgery
    Trauma, Surgical Critical Care, and Emergency General Surgery
    Department of Surgery
    Prisma Health Midlands
    2021-Present
inVio Health Network Clinical Care Guidelines Reference Sub-Committee, Midlands Chair
    2021-2024, Member 2021 - Present
Prisma Health Richland Sepsis Taskforce
ED-Content Management Advisory Committee (CMAC)
Board of Trustees Prisma Health Richland

2019-2021
Patient Safety and Quality Sub-Committee of the Board of Trustees
    2019-2021
Clinical Executive Committee, Prisma Health Richland
    2018-2021
    Chair, 2019-2021
Prisma Health Midlands Professional Practice Committee
    2018-present
NSQIP Surgeon Champion
    Prisma Health Richland
    2015 to present
Chief of Surgery
    Palmetto Health Richland
    January 2014 to 2016
Director of the Surgical Trauma ICU and Surgical Step-Down Unit
    Prisma Health Richland
    2012 to present
Director of Surgical Critical Care Fellowship Program,
    Prisma Health Richland
    2014 to present
Prisma Health Richland Operations Committee
    2014 to present
Program Evaluation Committee, Chair
    USC School of Medicine, Department of Surgery
    2014 to 2015
Prisma Health Midlands Critical Care Committee, Chair
    2014 to 2017, Current Member
Antibiotic Stewardship Committee
    2013 to present
Audit Committee of Surgical Infection Society
    Appointment 2012 to 2015
Membership Committee of Surgical Infection Society
    Appointment 2016 to 2019
Medical Director: Autologous Blood Infusion 2016 to present
VAP Reduction Team
CAUTI Reduction Team
CLABSI Reduction Team
SSI Committee
Young Surgeon Representative for SC Chapter of the American College of Surgeons
    2013-14
NICHE Steering Team
Perioperative Committee
Patient Blood Management & Blood Utilization Committee, 2013-2015

Non-Dialysis Vascular Access Committee, Palmetto Health Richland, 2014
Interdisciplinary Pain Team 2015

## LICENSES

South Carolina Medical License – 2003 to Present
Virginia Medical License – inactive
Maine Medical License – inactive

## CERTIFICATIONS

American Board of Surgery
General Surgery – 2008, Recertification 2018-2028
Surgical Critical Care – 2010, Current
ATLS Instructor and Director
    2011 to Present
Disaster Management Emergency Preparedness
    Instructor and Director Candidate: 2014 to Present
Institute of Industrial Engineers: Six Sigma LEAN Greenbelt for Healthcare: 2015

## PUBLICATIONS

Guidry CA, Chollet-Hinton L, Baker J, O'Dell JC, Beyene RT, **Watson CM**, Sawyer RG, Simpson SQ, Atchison L, Derickson M, Cooper LC, Pennington GP 2nd, VandenBerg S, Halimeh BN. Desirability of Outcome Ranking and Response Adjusted for Antibiotic Risk (DOOR/RADAR) Post Hoc Analysis Supports Equipoise for Antibiotic Initiation Strategies in Intensive Care Unit-Acquired Pneumonia. *Surg Infect* (Larchmt). 2024 Apr;25(3):221-224. doi: 10.1089/sur.2023.367. Epub 2024 Mar 7.PMID: 38466941

Swilling AC, O'Dell JC, Beyene RT, **Watson CM**, Sawyer RG, Chollet-Hinton L, Simpson SQ, Atchison L, Derickson M, Cooper LC, Pennington GP 2nd, VandenBerg S, Halimeh BN, Hughes D, Guidry CA. Provider Perceptions of Antibiotic Initiation Strategies for Hospital-Acquired Pneumonia. *Surg Infect* (Larchmt). 2024 Mar;25(2):109-115. doi: 10.1089/sur.2023.310. Epub 2024 Jan 22.PMID: 38252553

Butterfield JH, Reparaz LB, **Watson CM.** Cryoablation versus rib plating: Is the real problem pain control or chest wall instability? **Trauma Case Rep**. 2023 May 29;46:100858. doi: 10.1016/j.tcr.2023.100858. eCollection 2023 Aug.PMID: 37347011

Garner SM, Reparaz L, Justice J, Foster AP, Litzenberger S, Bell N, Schaller SL, Spoor K, Cull J, **Watson CM**, Dunkelberger LC. Percutaneous Endoscopic Gastrostomy Placement in Trauma Patients: Early vs Delayed Initiation of Enteral Feeding. *Am Surg*. 2023 Jul;89(7):3336-3338. doi: 10.1177/00031348231157880. Epub 2023 Feb 16.PMID: 36797814

Guidry CA, Beyene RT, **Watson CM**, Sawyer RG, Chollet-Hinton L, Simpson SQ, Atchison L, Derickson M, Cooper LC, Pennington GP 2nd, VandenBerg S, Halimeh BN, O'Dell JC. Trial of antibiotic restraint in presumed pneumonia: A Surgical Infection Society multicenter pilot. J Trauma Acute Care Surg. 2023 Feb 1;94(2):232-240. doi: 10.1097/TA.0000000000003839. Epub 2022 Nov 18.PMID: 36534474 Clinical Trial.

Jones A, Prest PJ., **Watson C**. Neurologic outcome scores. The SCORE Portal. https://www.surgicalscore.org. Published November 2022.

Prest PJ, Reath JJ, Bell, N, Rabieh M, Moore A, Jones M, **Watson C**, Bynoe R. Evaluating a symptom-triggered gastric residual volume policy in a surgical trauma intensive care unit: Simple and safe. *Nutr Clin Pract*. 2021 Aug;36(4):899-906. PMID: 33760260

Prest PJ, Justice J, Bell N, McCarroll R, **Watson CM**. A volume-based feeding protocol improves nutrient delivery and glycemic control in a Surgical Trauma Intensive Care Unit. *JPEN*. 2020 Jul;44(5):880-888. PMID: 31529520

Battle SE, Augustine MR, **Watson CM**, Bookstaver PB, Kohn J, Owens WB, Baddour LM, Al-Hasan MN. Derivation of a quick Pitt bacteremia score to predict mortality in patients with Gram-negative bloodstream infection. *Infection*. 2019 Aug;47(4):571-578. doi: 10.1007/s15010-019-01277-7. Epub 2019 Feb 8.

Elwood NR, Guidry CA, Duane TM, Cuschieri J, Cook CH, O'Neill PJ, Askari R, Napolitano LM, Namias N, Dellinger EP, **Watson CM**, Banton KL, Blake DP, Hassinger TE, Sawyer RG. Short-Course Antimicrobial Therapy Does Not Increase Treatment Failure Rate in Patients with Intra-Abdominal Infection Involving Fungal Organisms. *Surg Infect (Larchmt)*. 2018 May/Jun;19(4):376-381.

Maxey M, Thakker P, Mastriani K, Nottingham J, **Watson C**. The Effect of Preintubation Glasgow Coma Scale on Pneumonia in Trauma Patients. *Am Surg*. 2017 Nov 1;83(11):e433-e434.

Phillips JB, Mohorn PL, Bookstaver RE, Ezekial TO, **Watson CM**. Hemostatic Management of Trauma-Induced Coagulopathy. *Crit Care Nurse*. 2017 Aug;37(4):37-47.

Dietch ZC, Duane TM, Cook CH, O'Neill PJ, Askari R, Napolitano LM, Namias N, **Watson CM**, Dent DL, Edwards BL, Shah PM, Guidry CA, Davies SW, Willis RN, Sawyer RG. Obesity Is Not Associated with Antimicrobial Treatment Failure for Intra-Abdominal Infection. *Surg Infect* (Larchmt). 2016 Mar 30.

Rosenberger LH, Guidry CA, Davis JP, Hranjec T, Johnston VK, Wages NA, **Watson CM**, Sawyer RG. Reducing Accidental Dislodgements of the Percutaneous Endoscopic Gastrostomy: A Prospective Trial of the "SafetyBreak" Device.. *Surg Innov* 2016 Feb;23(1):62-9. doi:10.1177/1553350615587408.

Sawyer RG, Claridge JA, Nathens AB, Rotstein OD, Duane TM, Evans HL, Cook CH, O'Neill PJ, Mazuski JE, Askari R, Wilson MA, Napolitano LM, Namias N, Miller PR, Dellinger EP, **Watson CM**, Coimbra R, Dent DL, Lowry SF, Cocanour CS, West MA, Banton KL, Cheadle WG, Lipsett PA, Guidry CA, Popovsky KA. Trial of short course antimicrobial therapy for intra-abdominal infection. *N Engl J Med* 2015;372:1996-2015.

**Watson CM** and Al-Hasan MN. Bloodstream Infections and Central Line-Associated Bloodstream Infections. *Surg Clin North Am*. 2014 Dec;94(6):1233-1244. doi: 10.1016/j.suc.2014.08.003. Epub 2014 Sep 30. Review.

Rosenberger LH, Guidry CA, Davis JP, Hranjec T, Johnston VK, Wages NA, **Watson CM**, Sawyer RG. Sa1553 Reducing Accidental Dislodgements of the Percutaneous Endoscopic Gastrostomy: a Prospective Investigational Device Trial of the "Safetybreak". *Gastrointestinal Endoscopy*. 2013 Apr;77(5):AB248-AB249.

Hranjec, T, **Watson, CM**, Sawyer RG. Peritonitis: Definitions of Primary, Secondary, and Tertiary. In: Vincent JL, Hall JB., eds. *Encyclopedia of Intensive Care Medicine*. Ed 1. Berlin Heidelberg: Springer-Verlag; 2012

**Watson, CM**, Sawyer RG. Cholecystitis. In: Vincent JL, Hall JB., eds. *Encyclopedia of Intensive Care Medicine*. Ed 1. Berlin Heidelberg: Springer-Verlag; 2012

**Watson, CM**, Sawyer RG. Intra-abdominal Abscess. In: Jong EC, Stevens DL, eds. *Netter's Infectious Diseases*. Ed 1. Philadelphia, PA: Elsevier; 2012:262-7.

**Watson, CM**, Sawyer RG. Peritonitis. In: Jong EC, Stevens DL, eds. *Netter's Infectious Diseases*. Ed 1. Philadelphia, PA: Elsevier; 2012:286-91.

**Watson CM**, Sawyer RG. Ventilator-Associated Pneumonia. In: Cameron JL, Cameron AM, eds. *Current Surgical Therapy*. ed 10. Philadelphia, PA: Elsevier; 2011:1115-1117.

Logan MS, Vossoughi F, **Watson CM**, Amarnath R, Camps JI. A novel technique for the surgical treatment of achalasia in children: evaluated with postoperative esophageal manometry. *J Laparoendosc Adv Surg Tech A.* 2009 Aug;19(4):589-93.

Logan MS, **Watson CM**, Nottingham JM. Symptomatic splenomegaly in polycythemia vera: a review of the indications for splenectomy and perioperative considerations. *Am Surg.* 2009 May;75(5):363-8.

Bender JW, Friedman HI, Giurgiutiu V, **Watson CM**, Fitzmaurice M, Yost MJ. The use of biomedical sensors to monitor capsule formation around soft tissue implants. *Ann Plast Surg.* 2006 Jan;56(1):72-7.

**Watson CM**, Reight I, Nottingham JM. Inhaled nitric oxide. *Curr Surg.* 2005;14(13):396-9.

## SPEAKING, EDUCATION, AND PRESENTATIONS

Surgical Grand Rounds
2023: Behind the Looking Glass: Surgeons and Meditation
"Trigger" Expert Panelist for Community Event Centered on Gun Violence. 2022Apr
Disaster Management and Emergency Preparedness Instructor: 2016 and 2016
Advanced Trauma Life Support Instructor
Advanced Trauma Life Support Director
Lecture: Evolution of Shock. Invited Lecture to Nursing Leadership
University of South Carolina School of Medicine Lecture Series: Acid Base and Shock: Invited Lectures every month 2015 - 2016
Invited Lecture to Anesthesia Staff: TEG and Damage Control Resuscitation

## MEMBERSHIPS

American College of Surgeons (ACS)
SC Chapter of the ACS (SC-ACS)
Society of Critical Care Medicine (SCCM)
Surgical Infection Society (SIS)
American Society for Parenteral and Enteral Nutrition (ASPEN)
Eastern Association for the Surgery of Trauma (EAST)
Chest Wall Injury Society (CWIS)

## PATENTS

1. U.S. Provisional Patent Application Serial No. 61/587,580. Entitled: Coupling Device and Related Method thereof. Filed: January 17, 2012.
2. International Patent Application Serial No. PCT/US2012/069793. Title: Channel Separation Device and Related Method Thereof. Filed: December 14, 2012.