| | |
|---|---|
| **From:** | Amanda Edsall x31928 |
| **To:** | Aaron J. Hayes; Chloe Romanstine; Lyndsey Reed; Tiffany N. Nelson; Emily N. Jackson |
| **Cc:** | Lauren Carroway x31910; Colleen Ginsburg x31926; Mark S. Barrow; Cristal D. Strauser; Adam Ribock; Guy Castles |
| **Subject:** | FW: Robert Marberger vs. Jeremy R. Nivens, DZYK Transportation Services, (Claim No.: RSP30710) |
| **Date:** | Friday, February 28, 2025 7:50:25 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | mmlogo_4d481f35-1840-4531-86f0-09098b1154be.png |
| | Notice of Deposition of CHRISTOPHER WATSON - DEFENSE EXPERT.pdf |

Good morning, all. We will not be moving forward with the deposition of Dr. Christopher Watson this afternoon. David at CCR has been notified. Thank you.

## Amanda Edsall
**Litigation Assistant**

**T:** (854) 222-6093
**F:** (854) 222-6119

1544 Fording Island Road, Suite A,
Hilton Head, SC 29926



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**From:** Amanda Edsall x31928 <aedsall@forthepeople.com>
**Sent:** Monday, February 24, 2025 2:27 PM
**To:** Aaron J. Hayes <AJH@swblaw.com>; Colleen Ginsburg x31926 <cginsburg@forthepeople.com>; Chloe Romanstine <Chloe.Romanstine@mgclaw.com>
**Cc:** Mark S. Barrow <MSB@swblaw.com>; Cristal D. Strauser <CDS@swblaw.com>; Adam Ribock <adam.ribock@mgclaw.com>; Guy Castles <Guy.Castles@mgclaw.com>; Lyndsey Reed <Lyndsey.Reed@mgclaw.com>; Tiffany N. Nelson <tnn@swblaw.com>; Emily N. Jackson <enj@swblaw.com>; Lauren Carroway x31910 <lcarroway@forthepeople.com>
**Subject:** RE: Robert Marberger vs. Jeremy R. Nivens, DZYK Transportation Services, (Claim No.: RSP30710)

Please see the attached NOD for Dr. Watson.

## Amanda Edsall
**Litigation Assistant**

**T:** (854) 222-6093
**F:** (854) 222-6119

1544 Fording Island Road, Suite A,
Hilton Head, SC 29926



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**From:** Aaron J. Hayes <AJH@swblaw.com>
**Sent:** Monday, February 24, 2025 1:45 PM
**To:** Colleen Ginsburg x31926 <cginsburg@forthepeople.com>; Chloe Romanstine <Chloe.Romanstine@mgclaw.com>
**Cc:** Mark S. Barrow <MSB@swblaw.com>; Cristal D. Strauser <CDS@swblaw.com>; Adam Ribock <adam.ribock@mgclaw.com>; Guy Castles <Guy.Castles@mgclaw.com>; Lyndsey Reed <Lyndsey.Reed@mgclaw.com>; Tiffany N. Nelson <tnn@swblaw.com>; Emily N. Jackson <enj@swblaw.com>; Lauren Carroway x31910 <lcarroway@forthepeople.com>; Amanda Edsall x31928 <aedsall@forthepeople.com>
**Subject:** RE: Robert Marberger vs. Jeremy R. Nivens, DZYK Transportation Services, (Claim No.: RSP30710)