

3139 Westinghouse Boulevard
Charlotte, North Carolina  28273
704.357.1402  •  866.547.3262
Fax 704.357.1409
www.SEAlimited.com

# Brian Boggess, P.E.
*bboggess@SEAlimited.com*

## Education

*University of Virginia*                                    *Charlottesville, Virginia*
Master of Science in Mechanical and Aerospace Engineering
 (specializing in Automobile Safety and Impact Biomechanics)

*University of Virginia*                                    *Charlottesville, Virginia*
Bachelor of Science in Mechanical Engineering

## Experience

**Discipline Lead, Mechanical Engineering/Vehicle**                    **2020 to Present**
**Accident Reconstruction**
*SEA, Ltd.*                                                *Charlotte, North Carolina*

**Senior Project Engineer**                                          **2016 to 2020**
*SEA, Ltd.*                                                *Charlotte, North Carolina*

**Project Engineer**                                                 **2007 to 2016**
*SEA, Ltd.*                                                *Charlotte, North Carolina*
Project Engineer, with degrees in Mechanical and Aerospace Engineering, specializing in accident reconstruction, biomechanics, vehicular occupant safety, human factors, product evaluation/safety, and mechanical system failures.

Accident reconstruction projects include a wide range of motor vehicle and mechanical equipment types (e.g., passenger vehicles, light- and heavy-trucks, motorcycles, aerial lifts, powered industrial trucks (forklifts), power equipment, off-road equipment), as well as pedestrians.  Specific experience includes electronic data retrieval (e.g., CDR, ECU, video) and subsequent interpretation, braking systems, vehicle handling and dynamics, human factors (e.g., visibility/conspicuity and perception/reaction), photogrammetry, and simulation/animation

Biomechanics projects include assessments of injury kinematics (motion) and kinetics (force and associated injury thresholds) in a variety of loading events (e.g., vehicular accidents, premises incidents [e.g., slips and trips], workplace accidents, aerial lifts, power equipment, and product failures).  Scopes additionally include human factor elements as related to such incidents.

Mechanical engineering projects include the analysis of mechanical systems in terms of their product development, design, manufacture, and overall system performance. Examples of such products include, but are not limited to, mobile elevating work platforms (MEWPs), outdoor power equipment, powered industrial trucks (forklifts), motor vehicles, construction equipment, and other similar mechanical systems.

On-going research areas include heavy vehicle ECM data, heavy vehicle crashworthiness, braking and handling, and underride damage analysis; passenger vehicle safety systems and crush analysis; and MEWP and forklift design, safe usage, and operator training. Specific biomechanical research areas include, occupant and pedestrian safety, active and passive safety systems, injury reference values, human factors, and ballistic and explosives personal protective equipment.

**Senior Engineer**                                                                        **2001 to 2007**
*Honda R&D Americas, Inc.*                                                        *Raymond, Ohio*
Development of safety systems for multiple Honda/Acura vehicles, including the Civic, Accord, Element, Pilot, Ridgeline, TL, and MDX, for areas of occupant and pedestrian safety. Responsibilities included full vehicle and component level impact tests to study the resultant structural and occupant effects, as well as the development of protective systems to reduce and/or mitigate occupant injury risk.

Served as project leader for research team, developing new materials for vehicle application. Led the establishment of Honda's first domestic Pedestrian Safety research laboratory. Multiple issued and pending patents filed for vehicle safety systems.

**Research Assistant**                                                                        **1999 to 2001**
*Automobile Safety Laboratory/Center of Applied Biomechanics*        *Charlottesville, Virginia*
Research center is one of the leading research groups in the world within the area of injury biomechanics. Work centered on the study of injury risk, injury threshold, and means by which to reduce said risks.

Specific work included the development of test methodologies for assessing backface deformation and the subsequent injury risk of ballistic helmets for the United States Military. Additionally, developed test methodologies for assessing injury risk potential of Personal Protection Equipment from landmine blast loading for the United Nations. Initial product comparison of various supplier products for both previous assessments. In terms of injury risk threshold determinations, developed biomechanical injury risk functions for injury prediction within the upper extremity for applications such as side airbag deployments. Collaborated with a dummy manufacturer (R.A. Denton) to create the 5th percentile female instrumented upper extremity for enhanced biofidelic response that involved cadaver correlation to develop specific injury criteria for the humerus, radius/ulna, and wrist complex.

**Summer Undergraduate Research Program**                                **Summer 1998**
*National Science Foundation*                                                        *Blacksburg, Virginia*
Performed mechanical property characterization; specifically, the strain energy release rate of double-cantilever beam adhesive systems subject to impact loading. Developed a new high-speed load rate analysis procedure.

Professional Resume
Brian Boggess, P.E. (1/2024)                                                                                    Page 3

**Engineering Technician**                                                                          **Summer 1997**
*U.S. Department of Agriculture*                                                              *Washington, DC*
Programmer with the Rural Utilities Service Division.

**Engineering Technician**                                                                          **Summer 1994**
*NASA Langley*                                                                                      *Washington, DC*
Constructed test fixtures and analyzed the material properties of carbon fiber airplane fuselage
sections from commercial passenger airliners subjected to various loading scenarios.
Studied the thermodynamic combustion behavior of the Freon R-12 replacement, R-134a, using
both spark-ignition and self-ignition scenarios within a shock tube arrangement.  Work included
varying the range of pressure and temperatures to establish bounds on self-ignition boundaries
for gaseous stability.

## Professional Registrations

State of Alabama, License No. 29447-E
State of Arkansas, Registration No. 14849
State of California, Registration No. 39334
State of Colorado, License No. PE0055761
State of Connecticut, License No. PEN.0030299
State of Florida, License No. 69634
State of Georgia, Registration No. PE032979
State of Illinois, License No. 062.062385
State of Indiana, Registration No. PE11400068
State of Iowa, License No. P28158
State of Kentucky, License No. PE25883
State of Louisiana, License No. 38423
Commonwealth of Massachusetts, Registration No. 53689
State of Michigan, License No. 6201067876
State of Mississippi, License No. 19859
State of Missouri, License No. PE 2010013671
State of Nevada, License No. PE025592
State of New Jersey, License No. 24GE05017100
State of New Mexico, License No. PE 28711
State of New York, License No. 095462
State of North Carolina, License No. PE034081
State of Ohio, Registration No. E-71316
State of Oklahoma, License No. 24820
Commonwealth of Pennsylvania, Registration No. PE 077752
State of South Carolina, License No. 26364
State of Tennessee, License No. 114012
State of Texas, License No. 104129
Commonwealth of Virginia, License No. 0402 044857
State of Washington, Registration No. 55409
State of West Virginia, Registration No. 18068

## Honors

1999 – 2001 – Dean's Fellowship, University of Virginia
1999 – 2001 – Research Assistantship, University of Virginia
1995 – 1999 – Rodman Scholar, University of Virginia

1996 – 1999 – Dean's List, University of Virginia
1995 – Virginia Society of Professional Engineers Scholarship, University of Virginia
1995 – 1999 – Kollmorgen Engineering Scholarship, University of Virginia
1995 – Virginia State Golf Association Scholarship

## Professional Affiliations

Society of Automotive Engineers (SAE)
Pi Tau Sigma (Mechanical Engineering Honor Society)
Member, SAE Accident Investigation and Reconstruction Practices Committee
Member, SAE EDR Task Group Committee
Association for the Advancement of Automotive Medicine (AAAM)
American Society of Mechanical Engineers, Member
American Society of Biomechanics, Member
International Traffic Medicine Association, Member
ANSI/SAIA A92 Aerial Work Platform, Main Committee member
ANSI/SAIA A92.5 American National Standard – Boom Supported Elevating Work Platforms, Subcommittee member
ANSI/SAIA A92.6 American National Standard – Self-Propelled Elevating Work Platforms, Subcommittee member
ANSI/SAIA A92.9, 9a, and 9b American National Standard - Mast-Climbing Work Platforms, Subcommittee member"
ANSI/SAIA A92.20 American National Standard – Design, Calculations, Safety Requirements and Test Methods for Mobile Elevating Work Platforms (MEWPs), Subcommittee member
ANSI/SAIA A92.22 American National Standard – Safe Use of Mobile Elevating Work Platforms (MEWPs), Subcommittee member
ANSI/SAIA A92.24 American National Standard – Training Requirements for the Use, Operation, Inspection, Testing and Maintenance of Mobile Elevating Work Platforms (MEWPs), Vice-Chairman and Interpretations Committee Member

## Courses Taught/Presentations

- Accident Reconstruction:  Heavy Vehicle Braking Systems
- Accident Reconstruction:  Making Effective Use of Your Reconstructionist
- Accident Reconstruction:  Catastrophic Incident Response
- Accident Reconstruction:  Texting, Distracted Driving and Legal Ramifications
- Accident Reconstruction:  Heavy Vehicle Anti-Rollover Technology
- Biomechanical Analyses and Vehicle Crashes
- Biomechanical Engineering:  Relation of Injury and Loading in Vehicle Accidents and Premises Liability
- Biomechanics in Product Liability:  Do the Claims Match the Evidence?
- Electronic Data:  Electronic Control Modules, Telematics, etc.
- Technology and Trends in Accident Reconstruction
- Vehicle Accident Reconstruction and Biomechanical Engineering

## Additional Education

- Warning Signs and Labels, 2023
- Ethical Decision Making for Engineers #1, 2023
- Scaffolds and Mobile Elevated Work Platforms – Construction Worksite Safety, 2023

Docusign Envelope ID: 5E4AB46A-5784-4557-96B0-1B5E5B4E3AEE

Professional Resume
Brian Boggess, P.E. (1/2024)                                                           Page 5

- Cranes in Construction – Construction Worksite Safety, 2023
- Fall Prevention and Protection, Construction Worksite Safety, 2023
- 2021 International Building Code Essentials: Life Safety, 2023
- Selection, Specification and Installation of Safety and Security Barriers and Bollards, 2022
- Bollard Boot Camp – How to Protect Places and People from Vehicle Incursions, 2022
- Analyzer Fundamentals, 2022
- Diversity, 2022
- HVE Forum – Intermediate, 3D, 2022
- HVE Forum, White Papers, 2022
- A92, 2022
- Mobile Elevating Work Platform (MEWP) Safety for Supervisors, 2022
- Mobile Elevating Work Platform (MEWP) Safety, 2022
- Design of Bicycle Facilities – Multi-Use Paths, 2021
- Pix4Dmapper and Collision Reconstruction, 2020
- Basic Hydraulics, JLG, 2020
- Pipes and Valves: Valve Types and Operation, 2018
- Ductile Iron Pipe, 2018
- Rigging: Basic Lifting, 2018
- Hydraulic Steel Structure Design, 2018
- Hydraulic Motor Speed Control & Regulation, 2018
- Centrifugal Pumps, 2017
- Safe Forklift, 2016
- Ethics for Professionals, 2016
- Aerial Work Platform Operator Training, 2015
- ADA Guidelines 2010: Achievable Barrier Removal and Accessibility, and Building Blocks, 2014
- Fall Protection, 2014
- International Building Code & More: About the Codes, 2014
- Worksite Safety: OSHA Scaffolds, 2014
- Crane Safety, 2014
- Fan Fundamentals, Construction Materials, Motors, Bearings and Accessories, 2014
- Forklift Safety Checks, 2013
- Understanding Forklifts, 2013
- Material Science: Properties of Metals, 2013
- Worksite Safety: OSHA Personal Protective Equipment, 2013
- Personal Protective Equipment, 2013
- Lockout/Tagout, 2013
- International Building Code & More: Plumbing and Mechanical Requirements, 2013
- Back Safety: Protection and Treatment Basics, 2013
- Back Safety, 2013
- EDC Simulations, November 2012
- Applied Vehicle Dynamics, Society of Automotive Engineers, 2012
- Biomechanics: Understanding Barrier-Free Design, 2012
- Mechanical Design: Heating, Ventilating and Air-Conditioning, 2012
- 3D Laser Scanning, FARO, 2012
- OSHA Safety: Introduction to Powered Industrial Trucks, 2012
- Aerial & Scissor Lift Certification, 2012

- Worksite Safety:  OSHA Fall Protection, 2012
- OSHA Safety:  Stairways and Ladders, 2012
- EDC (Vehicle Dynamics/Crash) Simulations, 2011
- Accessing and Interpreting Heavy Vehicle Event Data Recorders (EDR), 2011
- Introduction to Indoor Air Quality, 2011
- Permit-Required Confined Space Entry, December 2010
- Session Chair:  SAE Digital Human Modeling, Applied Digital Human Modeling, 2009
- Crash Data Retrieval (CDR) Technician Course, Elk Grove, Illinois, 2009
- SAE Digital Human Modeling, Applied Digital Human Modeling, Session Chair, 2009
- Powered Industrial Trucks, "Train the Trainer," Ohio Bureau of Worker's Compensation, April 2008, created, lectured, and certified S-E-A Staff
- Machine Guarding Basics, Ohio Bureau of Workers' Compensation, May 2008
- Powered Industrial Trucks, created and taught SEA, Ltd. course, May/June 2008
- Paper Reviewer, SAE World Congress, Detroit, Michigan, 2008
- Paper Reviewer, SAE Digital Human Modeling, Pittsburgh, Pennsylvania, 2008
- Traffic Accident Reconstruction I & II, Northwestern University, Evanston, Illinois, January and February 2008
- SAE World Congress
- STAPP Car Crash Conference
- Association for the Advancement of Automotive Medicine (AAAM) Conference
- Injury Biomechanics Symposium, The Ohio State University
- Accessing and Interpreting Heavy Vehicle Event Data Recorders (SAE)

## Patents
- Inventor of Vehicle Bumper Assembly (Patent Pending 2008/0012364)
- Inventor of a Vehicle Disabling System and Process for use by law enforcement (Patent US 7,760,076)
- Co-Inventor of an Impact Absorbing Airbag Inflator (Patents US 8,000,566, US 7,641,221, and US 7,448,642)
- Co-Inventor of an Audio Component Mounting System (Patent US 7,648,184)
- Co-Inventor of Restraint System for a Hood Lift Device (Patents US 7,861,818 and US 7,730,990)
- Inventor of Energy-Absorbing Vehicle Hood Stopper Assembly (Patent US 7,690,772)
- Inventor of Clip Tower for Energy Absorption (Patent US 7,600,809)

## Publications
- Brian M. Boggess, Douglas R. Morr, Lee Phelps, Cameron Trepeck, Katelyn Supan, Lauren Eichaker, Savannah Horsley, Elaine Castro, Brandon Keys, Lindsay Eichaker, "Comparison of Minor Vehicle Impact Occupant Spinal Dynamics to Reported Spinal Manipulation Therapy Loading," proceedings of the ASME 2020 IMECE, November 2020

- Boggess, Brian M., Ralston, Harold H., Boyd, Dusty A., Strawbridge, Bryan E., Morr, Douglas R., Dunn, Ashley L., Castro, Elaine K., "Lane Change Dynamics of a Commercial Tractor-Trailer," proceedings of the ASME 2019 IMECE, November 2019

- Wiechel, John, Morr, Douglas, Boggess, Brian, Amenson, Tara, "Carpal Tunnel Injury in Automobile Collisions," Proceedings of the ASME 2019 IMECE, November 2019

- Dunn, A.L., Boggess, B., Eiselstein, N., Dorohoff, M., Ralston, H., "The Effect of Application Air Pressure on Brake Stroke Measurements from 70 to 125 psi," SAE Technical Paper 2015-01-2833, 2015, doi:  10.4271/2015-01-2833, presented at the 2015 SAE Commercial Vehicle Engineering Congress, Rosemont, Illinois, October 6-8, 2015

- Karin A. Rafaels, Ph.D.; Hattie C. Cutcliffe, B.S.E.; Robert S. Salzar, Ph.D.; Martin Davis, M.S.; Brian Boggess, M.S.; Bryan Bush, M.D.; Robert Harris, M.D.; Mark Steve Rountree, Ellory Sanderson, B.S.; Steven Campman, M.D.; Spencer Koch, M.D.; and Cameron R. 'Dale' Bass, Ph.D., *Injuries of the Head from Backface Deformation of Ballistic Protective Helmets Under Ballistic Impact*, Journal of Forensic Sciences, 2013, DOI: 10.1111/1556-4029.12570

- Boggess, B.M., Dunn, A., Morr, D., Martin, T., Cornetto, A., Bayan, F., "A New Passive Interface to Simulate On-Vehicle Systems for Direct-to-Module (DTM) Engine Control Module (ECM) Recovery," SAE Commercial Vehicle Conference, 2010-01-1994

- "Application of the Scientific Method to Analyses in Forensic Science with Case Example," John Wiechel, Douglas Morr, and Brian Boggess, Proceedings of the ASME 2010 IMECE, November 2010

- Ashley L. Dunn, C. Brian Tanner, Eric Sauer, Brian M. Boggess, Fawzi P. Bayan, Anthony Cornetto, Alan Pearlman, Douglas R. Morr, Scott Noll, John F. Wiechel, Dennis A. Guenther, "The Influence of Disablement of Various Brakes on the Dry Stopping Performance of a Tractor-Semitrailer," *SAE Int. J. Commer. Veh.* **2**(1): 1-16, 2009

- Fawzi Bayan, Anthony Cornetto, Ashley L. Dunn, C. Brian Tanner, Eric Sauer, Brian M. Boggess, Douglas R. Morr, Rickey Stansifer, Scott Noll, Dennis A. Guenther, Grant Heydinger, "Comparison of Heavy Truck Engine Control Unit Hard Stop Data with Higher-Resolution On-Vehicle Data," *SAE Int. J. Commer. Veh.* **2**(1): 29-38, 2009

- Brian M. Boggess, Douglas R. Morr, Elaine K. Peterman, John F. Wiechel, "Experimental Evaluation of Underride Analysis Techniques and Empirical Validation of a New Analytical Technique," *Accident Analysis and Prevention*, 2009

- John F. Wiechel, Elaine K. Peterman, Douglas R. Morr, Charles B. Tanner, Brian M. Boggess, Andrew First, "Testing and Modeling of Elevator Door Retention During Hallway Applied Lateral Loads," SAE Digital Human Modeling Conference, Paper 2009-01-2273, June 2009

- Dawn R. Freyder, Brian M. Boggess, Douglas R. Morr, Elaine K. Peterman, William C. Bogatay, John F. Wiechel, "Characterization of Vehicle Occupant Compartment Material Using MADYMO:  Methodology and Validation," SAE Digital Human Modeling Conference, Paper 2009-01-2260, June 2009

- Fawzi Bayan, Anthony Cornetto, Ashley L. Dunn, C. Brian Tanner, Eric Sauer, Brian M. Boggess, Douglas R. Morr, Rickey Stansifer, Scott Noll, Dennis A. Guenther, Grant Heydinger, "Comparison of Heavy Truck Engine Control Unit Hard Stop Data with Higher-Resolution On-Vehicle Data," SAE World Congress, 2009-01-0879, April 2009

- Ashley L. Dunn, C. Brian Tanner, Eric Sauer, Brian M. Boggess, Fawzi P. Bayan, Anthony Cornetto, Alan Pearlman, Douglas R. Morr, Scott Noll, John F. Wiechel, Dennis Guenther, "The Influence of Disablement of Various Brakes on the Dry Stopping Performance of a Tractor-Semitrailer," SAE World Congress, 2009-01-0099, April 2009

- Boggess, B., Wiechel, J., Morr, D., Anderson, J., and Pipo, J., "Anatomical Limitations of the Visual Field of View: *An Example of Driving Perspective*," SAE Paper No. 2008- 01-1876, presented at the 2008 Digital Human Modeling for Design and Engineering Conference and Exhibition, Pittsburgh, Pennsylvania, June 17-19, 2008

- Boggess, B.M., Foreman, G.F., "Mass-Based Thresholds for Instrument Panel Components," Enhanced Safety of Vehicles Conference, Lyon, France, June 2007

- Duma, S.M., Boggess, B., Bass, C.R., Crandall, J.R., (2003), "Injury Risk Functions for the 5th Percentile Female Upper Extremity," SAE Transactions: Journal of Passenger Cars-Mechanical Systems, 112(6): 124-132. Based on SAE Paper 2003-01-0166

- Duma, S., Boggess, B., Crandall, J., MacMahon, C., "Injury Risk Function for the Small Female Wrist in Axial Loading," Accident Analysis and Prevention, Volume 35, No. 6, pp. 869-875, November 2003

- Duma, S.M., Boggess, B.M., Crandall, J.R., Hurwitz, S.R., "Analysis of Upper Extremity Response Under Side Air Bag Loading: A Characterization of Elbow Joint Loading," Accident Analysis and Prevention, pp. 417-25, May 2003

- C.R. Bass, et al, "Risk of Head Injuries During Ballistic Loading of Helmets," Specialist Conference on Human Factors in Medicine, Koblenz, Germany, May 2003

- C.R. Bass, B.M. Boggess, M.B. Davis, E. Sanderson, G. DiMarco, C. Chichester, "A Dummy-Based Methodology for Evaluating Demining Personal Protective Ensembles for AP Landmines," Specialist Conference on Human Factors in Medicine, Koblenz, Germany, accepted for May 2003

- Boggess, B.M., Wong, J., Mark, S., "Development of Plastic Components for Pedestrian Head Injury Risk Reduction," Enhanced Safety of Vehicles Conference, Nagoya, Japan, April 2003

- Duma, S.M., Boggess, B.M., Crandall, J.R., MacMahon, C.B., "Fracture Tolerance of the Small Female Elbow Joint in Compression: The Effect of Load Relative to the Long Axis of the Forearm," STAPP Car Crash Journal, Vol. 46, November 2002, pp. 195-210, Report No. SAE2002-22-0010

- Duma, S., Boggess, B., Crandall, J., MacMahon, C., "Injury Risk Function for the Small Female Wrist," Proceedings of the 4th World Congress on Biomechanics, Calgary, Canada, August 2002

- Stitzel, J., Duma, S., Boggess, B., Crandall, C., "Frequency Content Analysis and Filter Class Selection for the Small Female Upper Extremity," SAE Transactions: Journal of Passenger Cars, 2002 01 0806, 2002

- Duma, S., Boggess, B., Crandall, J., MacMahon, C., "Axial Loading Injury Tolerances for the Small Female Wrist," 29th International Workshop on Human Subjects for Bio-mechanical Research, San Antonio, Texas, November 2001

- Bass, C.R., Boggess, B.M., Bush, B.S., "Ballistic Helmet Backface Deformation Testing with a Dummy Subject," Cranfield Impact Conference, October 2001

- Duma, S.M., Boggess, B.M., Crandall, J.R., Hurwitz, S.R., "Upper Extremity Interaction with a Side Air Bag: The Effect of a Door Handgrip," Proceedings of the 17th International Technical Conference on the Enhanced Safety of Vehicles, Amsterdam, Netherlands, June 2001

- Boggess, B., "Backface Deformation of Ballistic Helmets," Graduate Thesis, University of Virginia, May 2001

- Duma, S.M., Boggess, B., Crandall, J.R., Hurwitz, S., (2001), "Analysis of Upper Extremity Response Under Side Air Bag Loading," Paper 195, Proceedings of the 17th International Technical Conference on the Enhanced Safety of Vehicles (ESV)

- Duma, S.M., Boggess, B.M., Sieveka, E.M., Crandall, J.R., "The Effect of Shoulder Translation and Forearm Pronation on Upper Extremity Loading During Side Air Bag Deployment," 24th Annual Meeting of the American Society of Biomechanics (ASB), Chicago, Illinois, July 2000

- Bass, C.R., Boggess, B.M., Davis, M.B., Chichester, C., Bergeron, D.M., Sanderson, E., DiMarco, G., "A Methodology for Evaluating Demining Personal Protective Equipment for Antipersonnel Landmines," UXO/Countermine Forum, New Orleans, Louisiana, April 2000

- Chichester, C., Bass, C.R., Boggess B.M., Davis, M., Sanderson, E., DiMarco, G., Bergeron, D.M., "Effectiveness of Personal Protective Equipment (PPE) for Use in Demining Antipersonnel Landmines," UXO/Countermine Forum, New Orleans, Louisiana, April 2000

- Boggess, B.M., Duma, S.D., Sieveka, E.M., Crandall, J.R., "Interaction of the Hand and Wrist with a Door Handgrip During Side Air Bag Deployment: Simulation Study Using the CVS/ATB Multi-Body Program," Society of Automotive Engineers World Congress, Paper No. O1B-191, Detroit, Michigan, March 2000

- Bass, C.R., Boggess, B.M., Bush, B.S., "Ballistic Helmet Backface Deformation Testing with a Dummy Subject," Personal Armor Safety Symposium, 2000

- Boggess, B., "The Development of a Dynamic Wedge Test for the Study of Double-Cantilever Beam Specimens:  An Initial Study of the Failure of Polyimide Adhesives Subjected to Impact Loading," University of Virginia, May 1999

- Bass, S.M., Boggess, B.M., Crandall, J.R., "Evaluation of Upper Extremity Injuries from Lateral Air Bag Deployment," Proceedings of Inflatable Restraints in Aviation Conference, Huntsville, Alabama, December 1999

- "The Development of a Dynamic Wedge Test for the Study of Double-Cantilever Beam Specimens:  An Initial Study of the Failure of Polyimide Adhesives Subjected to Impact Loading," National Science Foundation, Proceedings of the Summer Undergraduate Research Program, Virginia Polytechnic Institute and State University, August 1998



**Testimony Log\***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26

| Case Caption | Type | Date | Venue | Court No. |
|---|---|---|---|---|
| Victor Mathern v. Blanchard Equipment Company, Inc. | Deposition | 1/9/2025 | In the Superior Court of Columbia County, Georgia | 2023ECV0873 |
| David Vanmeter v. The Scruggs Company, Georgia Department of Transportation, and Mitchell County, Georgia | Deposition | 12/12/2024 | In the Superior Court of Mitchell County, Georgia | 22CV081 |
| Justin Leffew v. Robbins Express, LLC and Anthony Robbins | Trial | 12/4/2024 | In the United States District Court in the Southern District of Georgia, Savannah Division | 4:23-CV--250 |
| Sherif Reyadh v. Gregory Klopf and Trulite Glass & Aluminum Solutions, LLC | Deposition | 11/5/2024 | In the First Circuit Court for Davidson County, Tennessee | 23C2009 |
| Robert William Goodwin and Marian Charlene Goodwin v. Varkey Alencheril Joseph, April Desiree Chappell, individually and as agent of Swift Transportation Company of Arizona, LLC, and Swift Transportation Company of Arizona, LLC | Trial | 11/1/2024 | In the Court of Common Pleas, State of South Carolina, County of Anderson | 2021-CP-04-00234 |
| Beverly Blank, Individually and on behalf of the Estate of Larry Blank, Matthew Blank, Mike Blank, and Kelli Blank v. JLG Industries, Inc. | Deposition | 10/22/2024 | In the United States District Court for the Eastern District of Texas, Tyler Division | 6:23-CV-00524 |
| Jack Hermes v. Christopher Rabon and Elsie Rabon | Trial | 10/16/2024 | In the Court of Common Pleas, State of South Carolina, County of Horry | 2020-CP-26-02426 |
| James Lamar Chandler v. City of Lafayette, Georgia | Trial | 8/15/20024 | In the State Court of Walker County, State of Georgia | 18STCV077 |
| Teretha Mitchell v. Mark W. Ullman, Jr. Construction, LLC and David Russell Brown | Trial | 7/19/2024 | In the Court of Common Pleas, State of South Carolina, County of Richland | 2022-CP-40-01699 |
| Teresa Phillips v. Ray's Golf Carts, et al. | Deposition | 6/24/2024 | In the State Court of Muscogee County, State of Georgia | SC2022CV000609 |
| Estate of Thomas Sullivan v. Dolgencorp, LLC d/b/a Dollar General | Trial | 6/18/2024 | In the Court of Common Pleas, State of South Carolina, County of York | 2022-CP-46-00085 |

**Testimony Log***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| Alfred Jenkins v. Public Super Markets, Inc. and Austin Shepard | Trial | 6/11/2024 | In the Court of Common Pleas, State of South Carolina, County of Dorchester | 2023-CP-18-00501 |
| Alfred Jenkins v. Public Super Markets, Inc. and Austin Shepard | Deposition | 5/20/2024 | In the Court of Common Pleas, State of South Carolina, County of Dorchester | 2023-CP-18-00501 |
| April Scott-Hamilton v. Travis Corley, McEntire Produce, Inc., and R.C. McEntire Trucking, Inc. | Deposition | 5/13/2024 | In the Superior Court of Liberty County, State of Georgia | SUV2019000227 |
| Cherrie Perry v. Transport Risk Solutions Risk Retention Group, Inc., KLLM Transport Services, LLC, and Christopher Allen | Deposition | 5/1/2024 | In the State Court of Cobb County, State of Georgia | 22-A-762 |
| United States of America v. Bartow County | Deposition | 4/11/2024 | United States District Court, Northern District of Georgia, Rome Division | 4:22-cv-00232-WMR-WEJ |
| Bobbi Lynn Denton, as Administrator of the Estate of Douglas Michael Denton v. Leigh Anne Beckley, Julie Dannielle Brannon, and South Carolina Department of Transportation | Trial | 3/20/2024 | In the Court of Common Pleas, State of South Carolina, County of Laurens | 2021-CP-30-00485 |
| Bobbi Lynn Denton, as Administrator of the Estate of Douglas Michael Denton v. Leigh Anne Beckley, Julie Dannielle Brannon, and South Carolina Department of Transportation | Deposition | 2/16/2024 | In the Court of Common Pleas, State of South Carolina, County of Laurens | 2021-CP-30-00485 |
| Aliasny Brito v. Colby Harris and GTS Transporation Corporation | Deposition | 12/15/2023 | United States District Court, Souther District of Georgia, Dublin Division | 322-038 |
| Theresa Jackson v. Talon Property Services, LLC, and Dennis Maddox | Deposition | 12/5/2023 | In the State Court of Dekalb County, State of Georgia | 22-A-02135 |
| Stephanie Rogers Crews v. Kevin Glenn Jackson & Carroll Electric Membership Foundation, Inc. | Deposition | 11/29/2023 | In the Superior Court of Carroll County, State of Georgia | STCV2020000451 |

**Testimony Log***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| Ricky Leonard v. Robby Rivers | Deposition | 10/31/2023 | In the State Court of Georgia, County of Burke | 2021S0099 |
| Estate of Thomas Sullivan v. Dolgencorp, LLC d/b/a Dollar General | Deposition | 10/18/2023 | In the Court of Common Pleas, State of South Carolina, County of York | 2022-CP-46-00085 |
| Geri Vinson v. Jasper County | Deposition | 9/27/2023 | In the Superior Court of Jasper County, Georgia | 22CV05-102 |
| Robert William Goodwin and Marian Charlene Goodwin v. Varkey Alencheril Joseph, April Desiree Chappell, individually and as agent of Swift Transportation Company of Arizona, LLC, and Swift Transportation Company of Arizona, LLC | Deposition | 6/27/2023 | In the Court of Common Pleas, State of South Carolina, County of Anderson | 2021-CP-04-00234 |
| Ann Marie Stiffler v. Linda Coleman Finklea | Deposition | 6/23/2023 | In the Court of Common Pleas, State of South Carolina, County of Horry | 2020-CP-26-04030 |
| Steve Wartman and Nancy Wartman v. National Lift Truck, Inc., and JLG Industrism Inc. and    JLG Industries, Inc. v. Thornton Fractional North Illinois School District #215 | Deposition | 6/16/2023 | In the Circuit Court of Cook County, Illinois, County Department, Law Division | 2020 L 334 |
| Kelli Hamilton, Administrator of the Estate of Noah Hamilton, et al. v. North Carolina Department of Transportation | Deposition | 6/2/2023 | North Carolina Industrial Commission, Raleigh | TA-29930, TA-29931, and TA-29932 |
| Matthew Bridges v. CR Jackson, Inc., and Sedgwick as TPA for New Hampshire Insurance Company | Deposition | 5/31/2023 | Before the South Carolina Workers' Compensation Commission | 2209090 |
| Joshua Somers v. JLG Industries, et al. | Deposition | 3/24/2023 and 04/03/2023 | In the District Court of Harris County, Texas | 2020-77695 |
| Harold Figueroa, individually and on behalf of The Estate of Juan Diego Figueroa, et al. v. JLG Industries, Inc., et al. | Trial | 3/8/2023 | Superior Court of the State of California, County of Los Angeles | BC701989 |

00230623.20



**Testimony Log***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26

| Craig Deaton v. JLG Industries, Inc., G&G Risk Management Consultants, Inc., et al. | Trial | 1/18/2023 | Superior Court of the State of California, County of San Mateo | 19CIV02111 |
|---|---|---|---|---|
| Trawna Nicole McFadden v. Erika Moon | Evidentiary Deposition | 1/9/2023 | In the court of Common Pleas, State of South Carolina, County of Charleston | 2019-CP-10-06185 |
| Nakia Bryant v. Alexander Craig | Evidentiary Deposition | 12/19/2022 | In the court of Common Pleas, State of South Carolina, County of Charleston | 2020-CP-10-02065 |
| Gary Gunnels v. John Allan King | Deposition | 11/29/2022 | In the Court of Common Pleas, State of South Carolina, County of Greenwood | 2020-CP-24-00677 |
| Donald Worthley v. Jimmy Mobley, Evans Delivery Company, Inc., and Ace American Insurance Company AND Nelson Ciarlo v. Jimmy Mobley, Evans Delivery Company, Inc., and Ace American Insurance Company | Evidentiary Deposition | 11/28/2022 | In the State Court of Fulton County, State of Georgia | 20EV005924 20EV005926 |
| Colby Curlings v. Johnnie Marvin Ireland and Nationwide Produce, Inc. | Trial | 11/11/2022 and 11/14/2022 | In the General Court of Justice, Superior Court Division, State of North Carolina, County of Beaufort | 20-CVS-1024 |
| Raymond Wilson v. Walmart, Inc., and AIU Insurance Co. | Deposition | 10/21/2022 | North Carolina Industrial Commission, Raleigh | I.C. No. 21-714084 |
| Edward Dale O'Neal v. Concrete Supply Co., LLC, and Michael Paul Landy | Evidentiary Deposition | 10/14/2022 | In the Court of Common Pleas, State of South Carolina, County of Richland | 2020-CP-40-03274 |
| Timothy Clark v. Duke Energy Carolinas, LLC | Deposition | 10/3/2022 | In the General Court of Justice, Superior Court Division, State of North Carolina, County of Lincoln | 18-CVS-333 |
| Cornelia Daniels v. R & W Foods, Inc. d/b/a Allendale IGA | Deposition | 9/20/2022 | In the Court of Common Pleas, State of South Carolina, County of Allendale | 2020-CP-03-00167 |

**Testimony Log\***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| Renee S. Beach, as Personal Representative of the Estate of Mallory Beach v. Gregory M. Parker, Inc. a/k/a Parker's Corporation d/b/a Parkers 55, Ricahrd Alexander Murdaugh, and Richard Alexander Murdaugh, Jr. | Deposition | 9/14/2022 | In the Court of Common Pleas, State of South Carolina, County of Hampton | 2019-CP-25-00111 |
| Lataria Cheatham v. Shontai Davis | Deposition | 9/6/2022 | In the State Court of Bibb County, State of Georgia | 20-SCCV-091276 |
| Dennis Palmer and Deborah Baker Palmer v. Latanya Simmons and Allstate Fire and Casualty Insurance Company | Deposition | 8/26/2022 | In the State Court of Dekalb County, State of Georgia | 18A69623 |
| Richard Devayne Creech v. Town of Cornelius, Electricities of North Carolina, Inc., and Ian Charles Kenner | Trial | 8/8/2022 | In the General Court of Justice, Superior Court Division, State of North Carolina, County of Mecklenburg | 20-CVS-10627 |
| Deborah Littlefield, Individually and as Parent and Next Friend of Shiloh Littlefield v. T.F. Herceg, Inc. d/b/a Sure Hands Lift and Care Systems and Handy Ron Handyman Services | Deposition | 0725/2022 | In the Court of Common Pleas, State of South Carolina, County of Horry | 2020-CP-26-01347 |
| East Fishkill Fire District v. Ferrara Fire Apparatus v. Neville Apparatus Corp. | Deposition | 7/21/2022 | United States District Court, Southern District of New York | 7:20-cv-00576-KMK-AEK |
| Larry Beverly Brown v. Tom Brigman Contrators, Inc. | Deposition | 7/18/2022 | In the Court of Common Pleas, State of South Carolina, County of Richland | 2021-CP-40-02112 |
| Richard A. Edwards v. Cardinal Logistics Management Corporation and Thomas Norris | Deposition | 7/15/2022 | In the Circuit Court of Tunica County, Mississippi | 2017-0035-CEW |



| | | | | |
|---|---|---|---|---|
| Mark Douglas Hill, III, by and through his duly appointed Guardian ad Litem, Helen Kaci Hill v. Cranston Print Works Company d/b/a Cranston Trucking Company, et al., and Gregory Jones, Sr., as the Father and duly appointed Personal Representative of the Estate of Jessica Dawn Jones, Deceased, v. Cranston Print Works Company d/b/a Cranston Trucking Company, et al. | Deposition | 7/13/2022 | In the Court of Common Pleas, State of South Carolina, County of Spartanburg | 2019-CP-42-02212 and 2019-CP-42-02215 |
| Cynthia Felder Norman and Joseph Norman v. TLS Construction, LLC, and Allen Wayne Jones | Deposition | 6/27/2022 | In the court of Common Pleas, State of Sourth Carolina, County of Colleton | 2020-CP-15-00476 |
| Colby Curlings v. Johnnie Marvin Ireland and Nationwide Produce, Inc. | Deposition | 6/16/2022 | In the General Court of Justice, Superior Court Division, State of North Carolina, County of Beaufort | 20-CVS-1024 |
| Calvin Eugene Greene v. Jesus Pastrana, Hart Wall & Paver Systems, Inc., and Jacob's Way, LLC | Deposition | 6/15/2022 | In the General Court of Justice, Superior Court Division, State of North Carolina, County of Stanly | 20-CVS-879 |
| Robert Michael Howard v. Derrick Dewayne Harris and Landstar Ranger, Inc. | Deposition | 6/13/2022 | In the United States District Court, North District of Alabama, Southern Division | 2:20-cv-00556-JEO |
| Faron Jackson v. Maxima Freight Lines, Inc. | Deposition | 5/31/2022 | In the Court of Common Pleas, State of South Carolina, County of Spartanburg | 2020-CP-42-03264 |
| Jeffrey Dean and Candice Dean v. Canoochee Electric Membership Corporation and Donald S. Carter | Trial | 5/5/2022 | In the Superior Court of Liberty County, State of Georgia | SUV2019000641 |
| Austin McKenzie v. Brenda Hatcher | Deposition | 4/25/2022 | In the Court of Common Pleas, State of South Carolina, County of Lexington | 2019-CP-32-04356 |
| Keith Lamar Sawyer v. Dariusz M. Maczuga and BJ Trucking Co., Inc. | Deposition | 3/31/2022 | In the Superior Court of McIntosh County, State of Georgia | SUV2017000015 |

**Testimony Log***
# Brian M. Boggess
January 2021 to January 2025
*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| Dorothy May and Buford May v. Dabney's, Inc. d/b/a Bojangles', Mitch Abney, LLC d/b/a Bojangles', and Mitchell Abney | Deposition | 3/29/2022 | In the Superior Court of Polk County, State of Georgia | SUCV2021000514 |
| Jeffrey Dean and Candice Dean v. Canoochee Electric Membership Corporation and Donald S. Carter | Deposition | 3/15/2022 | In the Superior Court of Liberty County, State of Georgia | SUV2019000641 |
| Jason Hawkins v. Sunnie Jett and Heather Jett | Deposition | 2/25/2022 | In the Circuit Court of Sumner County, Tennessee | 2020-CV-142 |
| Jordyn A. Johnson and Danielle N. Collins v. Genuine Parts Company d/b/a Napa Auto Parts and Marcus Douglas | Trial | 2/16/2022 | In the Circuit Court of Shelby County, Tennessee, for the Thirtieth Judicial District at Memphis | CT-001520-17 |
| James Lamar Chandler v. City of Lafayette, Georgia | Deposition | 2/14/2022 | In the State Court of Walker County, State of Georgia | 18STCV077 |
| Qualyn Richard v. American Honda Motor Co., Inc. (a/k/a Honda), et al. | Deposition | 2/8/2022 | In the District Court of Clark County, Nevada | A-19-791675-C |
| Sherry Graham and Jeffrey Morgan as Personal Representative of the Estate oF Kacie Graham v. Jorge Monzon, Jacob Smith-Sheppard, and Trailer Bridge, Inc. | Deposition | 2/4/2022 | In the Court of Common Pleas, State of South Carolina, County of York | 2020-CP-46-2475 |
| Carolyn Beasley v. Dilmar Investments, Inc., and Circle K Stores, Inc. | Deposition | 1/14/2022 | United States District Court for the District of South Carolina, Florence Division | 4:20-cv-03444-SAL |
| Daryl Aldrich v. George Leblanc, Jr. | Deposition | 1/12/2022 | In the court of Common Pleas, State of South Carolina, County of Charleston | 2019-CP-10-01050 |
| Shirley Hutton as Personal Representative of the Estate of James Floyd Gleaton v. Spratlin Electric Company, Curtis Wilson Ruff, and Ronald C. Bolin | Deposition | 1/11/2022 | In the Court of Common Pleas, State of South Carolina, County of Orangeburg | 2020-CP-38-01447 |

**Testimony Log\***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| Gregory Kent Elliott and Sheila Rene Elliott v. Concrete Supply Holdings, Inc., et al. | Deposition | 1/5/2022 | In the United States District Court for the District of South Carolina, Columbia Division | 3:19-cv-02763-JFA |
| --- | --- | --- | --- | --- |
| Jack Hermes v. Christopher Rabon and Elsie Rabon | Deposition | 12/21/2021 | In the Court of Common Pleas, State of South Carolina, County of Horry | 2020-CP-26-02426 |
| Harold Figueroa, individually and on behalf of The Estate of Juan Diego Figueroa, et al. v. JLG Industries, Inc., et al. | Deposition | 11/29/2021 | In the Superior Court of the State of California, County of Los Angeles | BC701989 |
| Lisa Gonzalez v. Katherine Grise | Deposition | 11/17/2021 | In the State Court of Fulton County, State of Georgia | 18EV003651 |
| Corenza Lee Moore v. TLD Logistics Services, Inc., David A. James, Wingard Towing Services, LLC, and Larry Scott Ford | Deposition | 10/26/2021 | In the Court of Common Pleas, State of South Carolina, County of Richland | 2018-CP-40-04135 |
| Alisa Alan Durkheimer v. Tranise L. Landry and State Farm Fire and Casualty Company | Trial | 10/22/2021 | State of Louisiana, Fifteenth Judicial District Court, Parish of Lafayette | 2014-6472, Division "L" |
| Robert and Reagan Prisock on behalf of the Wrongful Death Beneficiaries of W.G.P., a deceased minor; and Reagan Prisock, Individually v. Tempur-Sealy International, Inc., et al. | Deposition | 10/11/2021 | United States District Court for the Northern District of Mississippi, Aberdeen Division | 1:19-cv-00187-SA-DAS |
| Geraldine Busby v. TLD Logistics Services, Inc. and Stevie Lamont Glover | Deposition | 10/1/2021 | In the Court of Common Pleas, State of South Carolina, County of Orangeburg | 2020-CP-38-00546 |
| Alesha Vega-Connor v. EDC Drug Stores, Inc. | Deposition | 9/24/2021 | United States District Court for the District of South Carolina, Columbia Division | 3:20-cv-02186-JFA |
| Craig Deaton v. JLG Industries, Inc., G&G Risk Management Consultants, Inc., et al. | Deposition | 9/20/2021 | Superior Court of the State of California, County of San Mateo | 19CIV02111 |
| Michael Merritt v. Joshua Gilligan | Trial | 9/16/2021 | In the Court of Common Pleas, State of South Carolina, County of Beaufort | 2018-CP-07-01878 |

**Testimony Log\***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| Raul Camacho, an individual by and through his Guardian ad Litem, Lucia R. Maturrano, and Lucia R. Maturrano v. JLG Industries, Inc., and Sunbelt Rentals, Inc. | Trial | 09/14/2021 and 09/15/2021 | Superior Court of the State of California, County of Orange | 30-2017-00902499-CU-PO-CJC |
| Michael John Pauley and Suellen Pauley v. Eric Lawrence Lang | Trial | 9/13/2021 | In the Circuit Court of the Eighteenth Judicial Circuit of Florida, in and for Brevard County | 05-2019-CA-025601 |
| Sakinah Rice, Invidually and as the Administrator Ad Prosequendum of the Estate of Christopher Rice v. McNeilus Truck and Manufacturing, Inc., et al. | Deposition | 9/9/2021 | Superior Court of New Jersey Law Division, Camden County | L001906-19 |
| Keith Bookman v. Jason Brian Buffkin | Evidentiary Deposition | 9/1/2021 | In the Court of Common Pleas, State of South Carolina, County of Richland | 2018-CP-40-6147 |
| Kenneth C. Collins v. Austin Gregory Culbreth | Trial | 8/24/2021 | In the Court of Common Pleas, State of South Carolina, County of Greenville | 2018-CP-23-05339 |
| Douglas Godfrey v. Meriwether County and Randy Cobb | Deposition | 8/9/2021 | In the Superior Court of Meriwether County, State of Georgia | 2020-CV-0231 |
| Michael John Pauley and Suellen Pauley v. Eric Lawrence Lang | Deposition | 7/21/2021 | In the Circuit Court of the Eighteenth Judicial Circuit of Florida, in and for Brevard County | 05-2019-CA-025601 |
| Estate of Dennis R. Lanphear, Jr., et al v. JLG Industries, Inc., et al. | Deposition | 7/20/2021 | State of Wisconsin, Civil Division, Milwaukee County | 2018-CV-000252 |
| Kenneth C. Collins v. Austin Gregory Culbreth | Deposition | 7/16/2021 | In the Court of Common Pleas, State of South Carolina, County of Greenville | 2018-CP-23-05339 |
| Lisa Hill v. Federal Express Corporation, Fedex Express and Dorothy M. Alexander | Evidentiary Deposition | 6/18/2021 | In the General Court of Justice, State of North Carolina, New Hanover County, Superior Court Division | 19-CVS-4585 |

**Testimony Log\***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| David A. Yergey, III, as Personal Representative of the Estate of Jean Marie Azeme v. H&E Equipment Services, Inc., Skyjack, Inc., and Comprehensive Energy Services, Inc. | Deposition | 6/16/2021 | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida | 2019-CA-11342-O |
| Ian Christopher Munnich v. Ellen Jill Baldino | Deposition | 6/15/2021 | In the court of Common Pleas, State of South Carolina, County of Charleston | 2019-CP-10-06041 |
| Gernardo Cato, Jr., et al v. SC Department of Transportation, Archer Western Construction, LLC, and Sloan Construction Company, Inc. | Trial | 6/10/2021 | In the Court of Common Pleas, State of South Carolina, County of Richland | 2017-Cp-40-4432; 2017-CP-40-5624; 2017-CP-40-6455; 2017;CP-40-6457 |
| Mary Ann Davis, Administratrix of the Estate of Taylor Nicole Thompson v. North Carolina Department of Transportation AND Mary Ann Davis, Admnistratrix of the Estate of Megan Marie Davis v. North Carolina Department of Transportation | Trial | 5/28/2021 | North Carolina Industrial Commission, Raleigh | I.C. No. TA-26021 and I.C. No. TA-26022 |
| James A. Bowman, Jr. v. Presidia General Contracting, Inc., Tooth and Nail Development, Inc., and Raymer Construction LLC | Deposition | 5/26/2021 | State of North Carolina, County of Davidson, Superior Court Division | 20-CVS-814 |
| Franklin D. Smith and Blake Smith as Personal Representatives for the Estate of Deweese Weaver v. Elise Anne Wiseman, South Carolina Department of Transportation, and Town of Hilton Head | Deposition | 5/20/2021 | In the Court of Common Pleas, State of South Carolina, County of Beaufort | 2019-CP-07-00228 |
| Kevin Hunsaker v. C.R. Jackson, Inc. and Willie Anthony | Deposition | 5/18/2021 | In the Court of Common Pleas, State of South Carolina, County of Sumter | 2019-CP-43-00778 |

**Testimony Log\***

# Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| Raul Camacho, an individual by and through his Guardian ad Litem, Lucia R. Maturrano, and Lucia R. Maturrano v. JLG Industries, Inc., and Sunbelt Rentals, Inc. | Deposition | 5/17/2021 - Volume II | Superior Court of the State of California, County of Orange | 30-2017-00902499-CU-PO-CJC |
| Lillian Martinez v. Amanda Kegel | Deposition | 5/3/2021 | In the State Court of Dekalb County, State of Georgia | 20A79206 |
| Raul Camacho, an individual by and through his Guardian ad Litem, Lucia R. Maturrano, and Lucia R. Maturrano v. JLG Industries, Inc., and Sunbelt Rentals, Inc. | Deposition | 04/30/2021 - Volume 1 | Superior Court of the State of California, County of Orange | 30-2017-00902499-CU-PO-CJC |
| Michael Benedict v. Darius Akins and Production Resource Group, L.L.C. | Deposition | 4/19/2021 | In the Ninth Judicial Circuit Court in and for Orange County, Florida | 2017-CA-011122-O |
| Jeffrey Monroe Jennings v. Gloriana Ramirez Saldarriaga and Gloria Isabel Ramirez | Deposition | 4/15/2021 | State of North Carolina, County of Gaston, Superior Court Division | 19-CVS-4553 |
| The Estate of Wesley G. Hutto by its Personal Representative, Taylor C. Hutto v. USF Holland, LLC, YRC Worldwide Holding Company and Jack Umstead | Deposition | 2/23/2021 | United States District Court for the District of South Carolina, Columbia Division | 3:19-cv-02209-MGL |
| Ronnie W. Lee, II and Akresha Lee v. Larry Wayne Ewart, Norfolk Southern Railway Company, et al. | Deposition | 2/16/2021 | In the United States District Court for the Middle District of North Carolina | 1:19-cv-01154 |
| Jianhui (William) Ma v. Brittany J. Rogers | Deposition | 2/12/2021 | In the court of Common Pleas, State of South Carolina, County of Charleston | 2020-CP-10-04562 |
| Lisa Hill v. Federal Express Corporation, Fedex Express and Dorothy M. Alexander | Deposition | 2/9/2021 | State of North Carolina, Superior Court Division, County of New Hanover | 19-CVS-4585 |
| Elizabeth Stewart v. Circle K. of West Columbia and Circle K. Stores, Inc. | Deposition | 2/8/2021 | United States District Court for the District of South Carolina, Columbia Division | 3:19-cv-03287-JFA |
| Hugh Pierson v. William Seward | Deposition | 2/2/2021 | State Court of Dekalb County, State of Georgia | 18A69225 |

Docusign Envelope ID: 5E4AB46A-5764-4F57-96B0-1B5E5B4E3AEE

Exhibit C

**Testimony Log***

### Brian M. Boggess

January 2021 to January 2025

*Maintained in accordance with Federal Rule 26



| | | | | |
|---|---|---|---|---|
| James F. Turpin, Administrator of the Estate of Julie Lauren Turpin and Estate of Teresa Anne Turpin v. James A. Frye, Administrator of the Estate of Toney Abron Frye, et al. | Deposition | 1/20/2021 | State of North Carolina, Superior Court Division, County of Burke | 18-CVS-674 |

00230623.20